**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 94 WAL 2019

             Respondent          :

                               :     Petition for Allowance of Appeal from
                               :     the Order of the Superior Court

             v.                 :

                               :

BRIAN WADE,                 :

             Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.